**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq. (msirota@coleschotz.com)
Warren A. Usatine, Esq. (wusatine@coleschotz.com)
David M. Bass, Esq. (dbass@coleschotz.com)
Jacob S. Frumkin, Esq. (jfrumkin@coleschotz.com)

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SLT HOLDCO, INC., *et al.*, | Case No. 20-18368 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

**DEBTORS' APPLICATION FOR**
**EXPEDITED CONSIDERATION OF FIRST DAY MATTER**

SLT Holdco, Inc. and its wholly-owned subsidiary, Sur La Table, Inc., as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), by and through their undersigned proposed counsel, submit this application for expedited consideration of a first day matter pursuant to Rule 9013-5 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey and respectfully request that a hearing on the following application and motion be provided on an expedited basis:

1. Debtors' Motion for Orders (I) (A) Authorizing and Approving Bidding Procedures In Connection with the Sale of Certain of the Debtors' Assets; (B)

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: SLT Holdco, Inc. (0403) and Sur La Table, Inc. (3409). The Debtors' corporate headquarters are located at 6100 4th Avenue South, Suite 500, Seattle, Washington 98108.

Authorizing and Approving Bid Protections; (C) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (D) Scheduling a Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) (A) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granting Related Relief [Docket No. 36].

WHEREFORE the Debtors respectfully request entry of an Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: July 9, 2020

Respectfully submitted,

**COLE SCHOTZ P.C.**

By: */s/ Michael D. Sirota*
    Michael D. Sirota, Esq.
    Warren A. Usatine, Esq.
    David M. Bass, Esq.
    Jacob S. Frumkin, Esq.
    Court Plaza North
    25 Main Street
    Hackensack, NJ 07601
    Telephone: (201) 489-3000
    Facsimile: (201) 489-1536
    Email: msirota@coleschotz.com
           wusatine@coleschotz.com
           dbass@coleschotz.com
           jfrumkin@coleschotz.com